Cite as 2020 Ark. App. 402

# ARKANSAS COURT OF APPEALS

DIVISION I
**No.** CR–20–49

| | |
|---|---|
| JAQUALEYN DEMOND GOODWIN<br><br>APPELLANT<br><br>V.<br><br><br>STATE OF ARKANSAS<br><br><br>APPELLEE | **Opinion Delivered** September 16, 2020<br><br>APPEAL FROM THE FAULKNER COUNTY CIRCUIT COURT [NO. 23CR-18-721]<br><br><br>HONORABLE CHARLES E. CLAWSON, JR., JUDGE<br><br>APPEAL DISMISSED |

## N. MARK KLAPPENBACH, Judge

Appellant Jaqualeyn Demond Goodwin was on probation for forgery when the State filed a petition to revoke, alleging that Goodwin violated the conditions of his probation. At the hearing on the petition, Goodwin entered a guilty plea, admitting that he had failed to report as ordered and tested positive for drugs. The circuit court entered a sentencing order pursuant to the guilty plea and sentenced Goodwin to three years in prison. Goodwin filed a timely notice of appeal. Because we lack jurisdiction over the appeal of this guilty plea, we dismiss the appeal.

As a general rule, one may not appeal from an order entered pursuant to a guilty plea. *Burgess v. State*, 2016 Ark. 175, 490 S.W.3d 645. The rule applies equally to pleas entered to revocation petitions. *See McJoy v. State*, 2016 Ark. App. 337. Essentially, there are three exceptions to the general rule: (1) when one enters a conditional guilty plea and retains the right to argue one of the specific issues in Ark. R. Crim. P. 24.3(b); (2) when

there is a challenge to evidence presented in a sentencing hearing separate from the plea itself; and (3) when the assignment of error is from a sentence or sentencing procedure that was not an integral part of the acceptance of the plea. *Id.* We find nothing in this record that would bring Goodwin's case within any of the exceptions to the general rule of nonappealability of a guilty plea. Therefore, we dismiss the appeal. *See Bates v. State*, 2017 Ark. App. 11.

Appeal dismissed.

HARRISON and HIXSON, JJ., agree.

*Terry Goodwin Jones*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *David L. Eanes, Jr.*, Ass't Att'y Gen., for appellee.